◼ In the Matter of RAFAEL S., a Person Alleged to be a Juvenile Delinquent, Appellant. [625 NYS2d 900] —Order of disposition, Family Court, New York County (Mary Bednar, J.), entered May 9, 1995, which adjudicated respondent a juvenile delinquent and placed him with the Division for Youth for a period of 18 months, following a fact-finding determination that respondent committed acts which, if committed by an adult, would constitute the crimes of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, unanimously affirmed, without costs.

For the reasons stated in *Matter of Deshone C.* and *Matter of Mark M.* (207 AD2d 756, *lv denied* 85 NY2d 801), there is no merit to respondent's contention that the juvenile delinquency petition was jurisdictionally defective. Concur—Sullivan, J. P., Ellerin, Wallach, Asch and Williams, JJ.